**In re TIMELINESS OF APPEALS.**

**Misc. No. 10–11.**

United States Court of Appeals
for Veterans Claims.

June 24, 2011.

## ORDER

BY ORDER OF THE FULL COURT:

On March 1, 2011, the U.S. Supreme Court issued *Henderson v. Shinseki,* —— U.S. ——, 131 S.Ct. 1197, 179 L.Ed.2d 159 (2011), which held that the 120–day deadline under 38 U.S.C. § 7266 for filing a Notice of Appeal (NOA) with this Court "does not have jurisdictional attributes" and therefore that the dismissal of an untimely appeal for lack of jurisdiction was improper. 131 S.Ct. at 1206. Although Mr. Henderson had argued before this Court that the 120–day deadline in section 7266(a) is subject to equitable tolling and that his failure to timely file his NOA should be excused under tolling principles, the parties did not ask the Supreme Court to address that issue and the Supreme Court, therefore, expressed no view on the question. *Id.* at 1206 n. 4. In this regard, the Supreme Court further held that "[t]he 120–day limit is nevertheless an important procedural rule," the limitation of which is a question to be considered on remand. *Id.* at 1206. The Supreme Court remanded the case to the Federal Circuit, which remanded it to this Court for further proceedings consistent with the Supreme Court's decision.

This Court's disposition of the equitable tolling issue in *Henderson v. Shinseki,* No. 05–0090 (U.S. Vet.App. remanded from the U.S. Court of Appeals for the Federal Circuit Apr. 13, 2011), may have a direct bearing on the disposition of many cases pending before the Court. For the sake of judicial economy and efficiency, the Court will stay cases affected by the Supreme Court's *Henderson* decision until the Court has issued its decision in the remanded case.

THEREFORE, as ORDERED by this Court, the cases listed in the addendum to this order are stayed pending further order of the Court. If parties in cases not included in the addendum believe those cases should be stayed, they may file a proper motion requesting a stay.

### *ADDENDUM TO MISC. NO. 10–11*

**Case Name and Number:**

*Alcendor v. Shinseki,* No. 11–0719

*Alexander v. Shinseki,* No. 11–739

*Baker v. Shinseki,* No. 11–0600

*Baligod v. Shinseki,* No. 10–3035

*Baniqued v. Shinseki,* No. 10–4303

*Barberree v. Shinseki,* No. 11–0928

*Beard v. Shinseki,* No. 11–907

*Beasley v. Shinseki,* No. 11–0546

*Beckley v. Shinseki,* No. 10–3972

*Beever v. Shinseki,* No. 11–0979

*Billow v. Shinseki,* No. 11–999

*Bond v. Shinseki,* No. 11–0924

*Booker v. Shinseki,* No. 11–0345

*Bowman v. Shinseki,* No. 11–0055

*Brand v. Shinseki,* No. 11–0414

*Bravo v. Shinseki,* No. 11–0057

*Bumatay v. Shinseki,* No. 10–3345

*Calloway v. Shinseki,* No. 11–0230

*Carpenter v. Shinseki,* No. 10–1266

*Casey v. Shinseki,* No. 11–1507

*Clausen v. Shinseki,* No. 11–1058

*Cleveland v. Shinseki,* No. 10–3951

*Colon–Franco v. Shinseki,* No. 11–1445

*Coppola v. Shinseki,* No. 10–3984

*Crom v. Shinseki,* No. 11–0519

*Crosby v. Shinseki,* No. 09–0189

*Darlington v. Shinseki,* No. 11–0478

*Davis v. Shinseki,* No. 10–3997

*Decuir v. Shinseki,* No. 11–0998

*Delos Santos v. Shinseki,* No. 11–0632

*Dilworth v. Shinseki,* No. 11–1586

*Divito v. Shinseki,* No. 10–3200

*Dixon v. Shinseki,* No. 11–1219

*Dotson v. Shinseki,* No. 10–4326

*Dotson v. Shinseki,* No. 11–1365

*Enriquez v. Shinseki,* No. 11–1511

*Evans v. Shinseki,* No. 11–0633

*Fabro v. Shinseki,* No. 10–3927

*Feller v. Shinseki,* No. 10–3945

*Fleishman v. Shinseki,* No. 11–521

*Ford v. Shinseki,* No. 11–0930

*Frelow v. Shinseki,* No. 10–3069

*Garner v. Shinseki,* No. 11–0352

*Gist v. Shinseki,* No. 11–0634

*Golden v. Shinseki,* No. 04–1385

*Graham v. Shinseki,* No. 11–0698

*Granaas v. Shinseki,* No. 11–0931

*Gucaban v. Shinseki,* No. 11–1096

*Guerrero v. Shinseki,* No. 10–4271

*Halseth v. Shinseki,* No. 05–3646

*Henry v. Shinseki,* No. 11–1307

*Hickerson v. Shinseki,* No. 11–0233

*Higgins v. Shinseki,* No. 11–0933

*Hinojosa v. Shinseki,* No. 10–258

*Hodge v. Shinseki,* No. 10–4000

*Hoey v. Shinseki,* No. 11–1041

*Home v. Shinseki,* No. 09–2042

*Howard v. Shinseki,* No. 10–3140

*Huddleston v. Shinseki,* No. 10–3157

*Huffman v. Shinseki,* No. 11–0008

*Jackson v. Shinseki,* No. 11–1236

*Jones v. Shinseki,* No. 11–1552

*Jones v. Shinseki,* No. 11–1337

*Kamatoy v. Shinseki,* No. 10–3874

*Kennedy v. Shinseki,* No. 11–1463

*King v. Shinseki,* No. 10–2622

*King v. Shinseki,* No. 11–1217

*Kneece v. Shinseki,* No. 11–0199

*Lane v. Shinseki,* No. 10–2450

*Lang v. Shinseki,* No. 10–3976

*Lazerano v. Shinseki,* No. 08–3886

*Lowery v. Shinseki,* No. 11–737

*Luckett v. Shinseki,* No. 11–0974

*Lynn v. Shinseki,* No. 11–0404

*Madden v. Shinseki,* No. 11–1464

*Marguglio v. Shinseki,* No. 11–0833

*Martin v. Shinseki,* No. 11–375

*Martin v. Shinseki,* No. 11–0867

*Matuskovic v. Shinseki,* No. 11–1147

*McDonald v. Shinseki,* No. 10–2736

*McPeake v. Shinseki,* No. 10–3956

*McPeake v. Shinseki,* No. 10–3944

*Mezzulo v. Shinseki,* No. 10–2277

*Miller v. Shinseki,* No. 10–3688

*Miner v. Shinseki,* No. 11–1525

*Molina v. Shinseki,* No. 10–4217

*Montgomery v. Shinseki,* No. 11–0363

*Morgan v. Shinseki,* No. 11–282

*Morris v. Shinseki,* No. 11–1333

*Nance v. Shinseki,* No. 11–1323

*Nascimento v. Shinseki,* No. 10–4005

*Nelson v. Shinseki,* No. 10–3115

*Newberry v. Shinseki*, No. 10–2010

*Nicholson v. Shinseki*, No. 11–0067

*Niemela v. Shinseki*, No. 11–1515

*Nottingham v. Shinseki*, No. 11–1182

*O'Connell v. Shinseki*, No. 11–1216

*Olmschenk v. Shinseki*, No. 11–0405

*Padilla v. Shinseki*, No. 10–3803

*Pearson v. Shinseki*, No. 10–2326

*Pelovello v. Shinseki*, No. 10–2392

*Peterson v. Shinseki*, No. 07–1495

*Pettaway v. Shinseki*, No. 11–1044

*Pfuntner v. Shinseki*, No. 10–2239

*Postell v. Shinseki*, No. 10–3736

*Quiles v. Shinseki*, No. 11–1658

*Rader v. Shinseki*, No. 10–3978

*Randle v. Shinseki*, No. 10–4216

*Randolph v. Shinseki*, No. 10–4081

*Rankin v. Shinseki*, No. 10–4092

*Raquidan v. Shinseki*, No. 11–1516

*Rasheed v. Shinseki*, No. 09–3758

*Reyes v. Shinseki*, No. 11–1570

*Rickett v. Shinseki*, No. 09–2493

*Rios v. Shinseki*, No. 11–0836

*Robbins v. Shinseki*, No. 11–1100

*Roberts v. Shinseki*, No. 11–1408

*Robinson v. Shinseki*, No. 11–525

*Rodems v. Shinseki*, No. 10–3182

*Rodgers v. Shinseki*, No. 11–0407

*Rogers v. Shinseki*, No. 10–3435

*Ruiz–Soltero v. Shinseki*, No. 11–1294

*Seymore v. Shinseki*, No. 10–3745

*Shapiro v. Shinseki*, No. 09–826

*Shuler v. Shinseki*, No. 11–1659

*Sirmon v. Shinseki*, No. 11–0088

*Smith v. Shinseki*, No. 11–650

*Smith v. Shinseki*, No. 09–146

*Smith v. Shinseki*, No. 11–1310

*Smith v. Shinseki*, No. 10–3852

*Smith v. Shinseki*, No. 10–3679

*Soldevilla v. Shinseki*, No. 10–3207

*Stephens v. Shinseki*, No. 11–0329

*Stepp v. Shinseki*, No. 11–0182

*Stewart v. Shinseki*, No. 10–3079

*Strachan v. Shinseki*, No. 11–20

*Tackdol v. Shinseki*, No. 10–3888

*Taylor v. Shinseki*, No. 11–0254

*Thompson v. Shinseki*, No. 10–3602

*Thompson v. Shinseki*, No. 11–0655

*Thompson v. Shinseki*, No. 10–4298

*Thomson v. Shinseki*, No. 10–3810

*Toomer v. Shinseki*, No. 09–4086

*Traylor v. Shinseki*, No. 11–0107

*Tymes v. Shinseki*, No. 10–3982

*Vandeelen v. Shinseki*, No. 11–1517

*Vaow v. Shinseki*, No. 11–0473

*Vasquez v. Shinseki*, No. 10–3983

*Waterfield v. Shinseki*, No. 11–0761

*Weingarten v. Shinseki*, No. 10–4334

*Williams v. Shinseki*, No. 11–1518

*Williams v. Shinseki*, No. 11–0411

*Williams v. Shinseki*, No. 11–0662

*Wilson v. Shinseki*, No. 11–1047

*Wolfe v. Shinseki*, No. 11–0962

*Worley v. Shinseki*, No. 11–1594

*Wyrick v. Shinseki*, No. 11–0185

*Young v. Shinseki*, No. 09–3216

*Yu v. Shinseki*, No. 11–1519